| | |
|---|---|
| RICHARD F. WEINSTEIN, ESQUIRE | Attorney for Debtors |
| Attorney I.D. No.: 52877 | Ryan Malone |
| 9 East Athens Avenue Suite 9D | Jennifer Malone |
| Ardmore, PA 19003 | |
| (610) 896-3700 | |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **Ryan Malone** | Case No.: 05-18492 kjc |
| | **Jennifer Malone** | |
| | Debtors | Chapter 7 |

### DEBTORS' PRAECIPE TO VOLUNTARILY DISMISS CASE

TO THE CLERK OF BANKRUPTCY COURT:

Kindly mark the above-captioned bankruptcy case as dismissed.

                                                  S/ Richard F. Weinstein
                                                  RICHARD F. WEINSTEIN, ESQUIRE
                                                  Attorney for Debtors
                                                  Ryan Malone
                                                  Jennifer Malone