THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    Chapter 7
                                                    :
RYAN MALONE and                                     :
JENNIFER MALONE                                     :
                                                    :
                                                    :
            Debtors                                 :    Bankruptcy No.: 05-18492 (KJC)

## ORDER DISMISSING CASE

AND NOW, to wit this 26th day of Oct, 2005, upon consideration of the United States Trustee's Motion to Dismiss Case for cause pursuant to § 11 U.S.C. § 707 (a) of the Bankruptcy Code, and the Court finds cause thereof; it is

ORDERED that the above-captioned matter be and is hereby DISMISSED.

KEVIN J. CAREY
United States Bankruptcy Judge

cc:   United States Trustee
      Chapter 7 Trustee
      Debtors' Counsel
      Debtors